IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02114-PAB-MJW

NEAL O'NEILL,

Plaintiff,

v.

CORRECTIONAL HEALTHCARE COMPANY,
RN KATHY ROBINSON, Director of Medical,
DOCTOR HOWARD,
SHERIFF DEPUTY NUNCIO, and
NURSE MUZZY,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that Defendant Nuncio's Motion to Stay Discovery (docket no. 39) is **GRANTED** for those reasons outlined within the subject motion (docket no. 39) and in the Response filed by Defendants Correctional Healthcare Company, Kathy Robinson and Amanda Zamora (docket no. 45).  All discovery is **STAYED** pending ruling on Defendant Nuncio's Motion to Dismiss Claims Five and Six of Plaintiff's Amended Complaint (docket no. 10) Pursuant to Fed.R.Civ. P. 8 and 12(b)(6) (docket no. 24).

It is **FURTHER ORDERED** that the Rule 16 Scheduling Conference set before Magistrate Judge Watanabe on May 6, 2015, at 10:00 a.m. is **VACATED**.

It is **FURTHER ORDERED** that the Show Causing Hearing set before Magistrate Judge Watanabe on May 6, 2015, at 10:00 a.m. remains set and will go forward.

Date: April 8, 2015