IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02114-PAB-MJW

NEAL O'NEILL,

Plaintiff,

v.

CORRECTIONAL HEALTHCARE COMPANY,
RN KATHY ROBINSON, Director of Medical,
DOCTOR HOWARD,
SHERIFF DEPUTY NUNCIO, and
NURSE MUZZY,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the pro se plaintiff's untitled document filed on the Court's docket on February 2, 2016 (Docket No. 60), which was docketed as a motion and referred to the undersigned (Docket No. 61), is denied without prejudice. On June 24, 2015, the Court informed plaintiff that if he would like to request information regarding the status of his case, "plaintiff may obtain a copy of the docket sheet by submitting a written request to the Clerk's office accompanied with the required payment of 50 cents per page. At this time, the docket sheet is seven pages." (Docket No. 55 at 1.) In the instant motion, plaintiff notes that he is "formally requesting a legal status summary report . . . ." (Docket No. 60 at 1.) The motion is not addressed to the Clerk's office and does not include payment for a copy of the docket sheet. Plaintiff is reminded that in order to obtain a copy of the docket sheet he must submit a written request to the Clerk's office and include payment. At this time, the docket sheet is nine pages.

Finally, plaintiff's request "to amend additional information, medical records in support of the claims made in this formal complaint" (Docket No. 60 at 1) is denied without prejudice. If plaintiff wishes to amend his Amended Complaint (Docket No. 10), he must comply with Fed. R. Civ. P. 15 and D.C.COLO.LCivR 15.1.

Date: February 4, 2016